**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

RODNEY D. BRADFORD
REG. #12548-076                                                                                     PETITIONER

VS.                                          2:05CV00150 SWW/JTR

LINDA SANDERS, Warden, FCI,
Forrest City, Arkansas                                                                          RESPONDENT

**ORDER**

Petitioner, who is currently incarcerated in the Federal Correctional Institute located in Forrest City, Arkansas, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (Docket entry #1.)  Petitioner has paid the $5.00 filing fee, and, therefore, the Court will order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk of the Court shall serve a copy of the habeas Petition (docket entry #1) and this Order on Respondent and the United States Attorney by mail.

2.      Respondent shall file a responsive pleading  **within twenty (20) days** of service.

Dated this 19th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE