**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

RODNEY D. BRADFORD
REG. #12548-076                                                                                    PETITIONER

VS.                                      2:05CV00150 JTR

LINDA SANDERS, Warden, FCI,
Forrest City, Arkansas                                                                         RESPONDENT

## ORDER

On October 21, 2005, the Court issued its Proposed Findings and Recommended Disposition, recommending that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 be granted. (Docket entry #6.) On October 25, 2005, the parties filed a pleading consenting in writing to proceedings before a United States Magistrate Judge, and all further proceedings were transferred to this Court. (Docket entry #8.) No objections have been filed by the parties, and the Court will adopt the Proposed Findings and Recommended Disposition (docket entry #6) in their entirety. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that:

1.     The Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (docket entry #1) is GRANTED.

2.     Respondent shall: (a) consider, within fourteen days and in good faith, transferring Petitioner to a CCC for the last six months of his sentence in accordance with the factors taken into account by the BOP prior to its adoption of the December 2002 Policy and the February 2005 Rule; and (b) place Petitioner in conditions that will afford him a reasonable opportunity to adjust to and prepare for his reentry into the community during a reasonable part of the last ten percent of his term, to the extent practicable, not to exceed six months.

Dated this 10th day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE