# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

RODNEY D. BRADFORD
REG. #12548-076                                                                                          PETITIONER

VS.                                              2:05CV00150 JTR

LINDA SANDERS, Warden, FCI,
Forrest City, Arkansas                                                                           RESPONDENT

## ORDER

Petitioner has filed a Motion (docket entry #13) requesting that: (1) Respondent show cause why she should not be held in contempt of the Court's November 10, 2005 Order (docket entry #10) requiring her to consider Petitioner for CCC placement during the remainder of his sentence; and (2) Petitioner be immediately placed in a CCC. The Court will direct Respondent to file a Response to Petitioner's Motion.

IT IS THEREFORE ORDERED that Respondent shall file a Response to Petitioner's Motion (docket entry #13) on or before December 19, 2005.

Dated this 13th day of December, 2005.

_____
UNITED STATES MAGISTRATE JUDGE